# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| INTERACTIVE FITNESS HOLDINGS, LLC, a Delaware Company,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>ICON HEALTH & FITNESS, INC., a Delaware corporation,<br><br>　　　　　　　　Defendant. | Case No.: 10-CV-04628-LHK<br><br>ORDER SETTING DEADLINES |

Defendant ICON Health & Fitness, Inc. has moved to vacate the Case Management Conference currently set for February 16, 2011, until after the hearing on Defendant's Motion to Dismiss or Transfer this case.

The Court hereby VACATES the Case Management Conference set for February 16, 2011 and re-sets it for April 7, 2011, to following the hearing on Defendant's Motion to Dismiss or Transfer.  Should the Court decide this Motion on the papers before the hearing, the Case Management Conference will go forward as scheduled.

In addition, the Court sets the following briefing schedule on Defendant's Motion:

Opposition is due **February 14, 2011**.

Reply is due **February 21, 2011**.

1

Case No.: 10-CV-04628-LHK
ORDER SETTING DEADLINES

1    **IT IS SO ORDERED.**

2    Dated: January 31, 2011

3    _____
     LUCY H. KOH
     United States District Judge

2

Case No.: 10-CV-04628-LHK
ORDER SETTING DEADLINES