RECEIVED

2011 JAN 26  A 11: 42

RICHARD W. WIEKING
CLERK, U.S. DIST.
NORTHERN DIST. COURT
CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTERACTIVE FITNESS HOLDINGS, LLC

                    Plaintiff,

          v.

ICON HEALTH & FITNESS, INC.

                    Defendant.

**CASE NO.** 5:10-cv-04628-LHK

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Matthew L. Cutler                    , whose business address and telephone number is

HARNESS DICKEY
7700 Bonhomme, Suite 400
Clayton, MO  63105

and who is an active member in good standing of the bar of  U.S. Dist. Court - E.D. Missouri

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Interactive Fitness Holdings, LLC.

          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac

vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: February 2, 2011

_____
*Lucy H. Koh*
United States District     Judge

**United States District Court**
For the Northern District of California