RECEIVED
2011 JAN 26 A 11: 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERACTIVE FITNESS HOLDINGS, LLC<br><br>Plaintiff,<br><br>v.<br><br>ICON HEALTH & FITNESS, INC.<br><br>Defendant. | CASE NO. 5:10-cv-04628-LHK<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

K. Lee Marshall , whose business address and telephone number is

BRYAN CAVE LLC
2 Embarcadero Center, Suite 1410, San Francisco, CA 94111
(415) 675-3400

and who is an active member in good standing of the bar of U.S. Dist. Court - E.D. Missouri

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing Interactive Fitness Holdings, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: February 2, 2011

*Lucy H. Koh*
United States District Judge