RECEIVED 2011 JAN 26 A 11: 41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERACTIVE FITNESS HOLDINGS, LLC<br><br>Plaintiff,<br><br>v.<br><br>ICON HEALTH & FITNESS, INC.<br><br>Defendant. | CASE NO. 5:10-cv-04628-LHK<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Douglas A. Robinson , whose business address and telephone number is

HARNESS DICKEY
7700 Bonhomme, Suite 400
Clayton, MO 63105

and who is an active member in good standing of the bar of the Supreme Court of Missouri

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing Interactive Fitness Holdings, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 2, 2011

_____Lucy H. Koh_____
United States District Judge