**BRYAN CAVE LLP**
K. Lee Marshall, *pro hac vice*
Berrie R. Goldman, California Bar No. 246061
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:    (415) 675 3434
E-Mail:        klmarshall@bryancave.com
                   berrie.goldman@bryancave.com

**HARNESS DICKEY**
Matthew L. Cutler, *pro hac vice*
Douglas A. Robinson, *pro hac vice*
7700 Bonhomme Ave., Suite 400
Clayton, MO  63105
Telephone:   (314) 726-7500
Facsimile:    (314) 726-7501
E-Mail:        mcutler@hdp.com
                   drobinson@hdp.com

Attorneys for Plaintiff
INTERACTIVE FITNESS HOLDINGS, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTERACTIVE FITNESS HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ICON HEALTH & FITNESS, INC.<br><br>Defendant. | Case No. 5:10-cv-04628-LHK<br><br>**[PROPOSED] ORDER GRANTING IF HOLDINGS' MOTION FOR LEAVE TO SUPPLEMENT RECORD REGARDING DEFENDANT ICON HEALTH & FITNESS, INC.'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER INTERACTIVE FITNESS HOLDINGS, LLC'S COMPLAINT** |

The Court, having considered the submissions and arguments made by the parties in connection with IF Holdings' Motion for Leave to Supplement Record Regarding Defendant Icon Health & Fitness, Inc.'s Motion to Dismiss, or in the Alternative, to Transfer, ORDERS as follows:

**ORDERED** that IF Holdings' Motion is **GRANTED**.  The record on Icon's Motion to Dismiss, or in the Alternative, to Transfer shall be supplemented to include Exhibit 5 to IF Holdings' motion to supplement, the "Memorandum Decision and Order Denying Motion for Substitution of Parties" from the United States District Court for the District of Utah.

Dated:  March 1, 2011

_____
District Court Judge Lucy H. Koh

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28