RECEIVED

11 MAR 22 A 11: 34

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERACTIVE FITNESS HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ICON HEALTH & FITNESS, INC.,<br><br>Defendant. | CASE NO. 5:10-cv-04628-LHK<br><br>(~~Proposed~~)<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Cara J. Baldwin, whose business address and telephone number is Workman Nydegger, 60 East South Temple, Ste. 1000, Salt Lake City, Utah 84111; Telephone: (801) 533-9800

and who is an active member in good standing of the bar of __Utah__

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing ICON HEALTH & FITNESS, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/23/11

_Lucy H. Koh_
United States District Judge