RECEIVED

2011 MAR 22 A 11: 34

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERACTIVE FITNESS HOLDINGS, LLC, | CASE NO. 5:10-cv-04628-LHK |
| Plaintiff, | (~~Proposed~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| ICON HEALTH & FITNESS, INC., | |
| Defendant. | |

David R. Wright, whose business address and telephone number is Workman Nydegger, 60 East South Temple, Ste. 1000, Salt Lake City, Utah 84111; Telephone: (801) 533-9800

and who is an active member in good standing of the bar of Utah

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing ICON HEALTH & FITNESS, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 23, 2011

*Lucy H. Koh*
United States District Judge